**SARA M. PELOQUIN**
California State Bar No. Pending
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Mr. Armenta-Leyva

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**JOSE MANUEL ARMENTA-LEYVA,**<br><br>　　　　　Defendant. | Case No. 08mj0293<br><br><br>**NOTICE OF APPEARANCE** |

　　　　Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 11, 2008　　　　　　　　　　 /s/  *Sara Peloquin*
　　　　　　　　　　　　　　　　　　　　　　　**SARA M. PELOQUIN**
　　　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Mr. Armenta-Leyva

**CERTIFICATE OF SERVICE**

    Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

Dated: February 11, 2008          /s/ *Sara Peloquin*
                                          **SARA M. PELOQUIN**
                                          Federal Defenders of San Diego, Inc.
                                          225 Broadway, Suite 900
                                          San Diego, CA  92101-5030
                                          (619) 234-8467 (tel)
                                          (619) 687-2666 (fax)
                                          Sara_Peloquin@fd.org