08 FEB 27 PM 4:53

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    08 CR 0535 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JOSE MANUEL ARMENTA-LEYVA, ) | |
| Defendant. ) | |

The grand jury charges:

On or about January 31, 2008, within the Southern District of California, defendant JOSE MANUEL ARMENTA-LEYVA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

CJB:em:San Diego
2/22/08

1  It is further alleged that defendant JOSE MANUEL ARMENTA-LEYVA
2  was removed from the United States subsequent to March 22, 2004.
3  DATED: February 27, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney