1  **SARA M. PELOQUIN**
   California State Bar No.254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  sara_peloquin@fd.org

5  Attorneys for Mr. Jose Manuel Armenta-Leyva

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE BARRY TED MOSKOWITZ)**

11 | UNITED STATES OF AMERICA, | ) | CASE NO.08CR0535-BTM |
|---|---|---|
| Plaintiff, | ) | DATE:    April 11, 2008 |
|  | ) | TIME:    1:30 p.m. |
| v. | ) |  |
|  | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| JOSE MANUEL ARMENTA-LEYVA, | ) |  |
|  | ) | 1)  COMPEL DISCOVERY AND PRESERVE EVIDENCE; |
| Defendant. | ) | 2)  DISMISS THE INDICTMENT; AND |
|  | ) | 3)  GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
      UNITED STATES ATTORNEY'S OFFICE

   **PLEASE TAKE NOTICE** that, on Friday, April 11, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the accused, Jose Manuel Armenta-Leyva, by and through his attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

// /

// /

// /

// /

// /

**MOTIONS**

Jose Manuel Armenta-Leyva, the accused in this case, by and through his attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1) To Compel Further Discovery and Preserve Evidence;

2) Dismiss the Indictment; and

3) To Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: March 20, 2008

*/s/ Sara M. Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Jose Manuel Arementa-Leyva