SARA M. PELOQUIN
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 BROADWAY, STE. 900
SAN DIEGO, CA 92101-5008
Telephone: (619) 234-8467
__Retained  _X_Appointed



FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PRESIDING JUDGE <u>BARRY T. MOSKOWITZ</u>     COURT REPORTER <u>MELINDA SETTERMAN</u>

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. <u>08cr00535-BTM</u> |
|---|---|---|
| (Appellant/Appellee) Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| JOSE MANUEL ARMENTA-LEYVA, | ) | |
| (Appellant/Appellee) Defendant. | ) | |

Notice is hereby given that **JOSE MANUEL ARMENTA-LEYVA**, defendant above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the (check one)

(X) Final Judgement (FED. R. CRIM. P. 32(d))

( ) Sentence Only (18 U.S.C. § 3742) Sentence Imposed _____

( ) Order (describe)

entered in this proceeding on the <u>12TH</u> day of <u>MAY 2008</u>.

If government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. § 3742(b)(4)?
_YES _ NO

DATED: May 22, 2008

SIGNATURE*

TRANSCRIPTS REQUIRED** _X_YES __NO  Date Ordered/to be Ordered <u>MAY 27, 2008</u>

DATE ( XX) INDICTMENT ( ) INFORMATION   FILED: FEBRUARY 27, 2008

BAIL STATUS <u>IN CUSTODY</u>

Will there be a request to expedite the appeal and set a schedule faster than that normally set? _YES X NO (Note: This does not alleviate requirement of <u>filing</u> a motion to expedite which must be done in accordance with FRAP 27).

*Pursuant to FED. R. CRIM. P. 32(d), the defendant may request the clerk prepare and file the Notice of Appeal.
**If transcript required, transcript order form (CA9-036) must be completed and court reporter contacted to make arrangements for transcription.

AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 12 PM 12: 54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___EOL___ DEPUTY

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| JOSE MANUEL ARMENTA-LEYVA | Case Number: 08CR0535-BTM |
| | SARA PELOQUIN, FEDERAL DEFENDER'S INC. |
| | Defendant's Attorney |

REGISTRATION NO.   82431198

THE DEFENDANT:

X   pleaded guilty to count(s)   one of the indictment

☐   was found guilty on count(s) _____
    after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1326(a) and (b) | Deported Alien Found in the United States | 1 |

   The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   The defendant has been found not guilty on count(s) _____

☐   The remaining count is dismissed on the motion of the United States.

x   Assessment : Pursuant to the motion of the United States under 18 USC 3573, the special assessment provided for under 18 USC 3013 is waived and remitted as uncollectible.

X   Fine ordered waived.
   IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

May 9, 2008
Date of Imposition of Sentence

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

Entered Date: 5-13-08

AO 245B    (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT:       JOSE MANUEL ARMENTA-LEYVA                    Judgment — Page __2__ of __4__
CASE NUMBER:     08CR0535-BTM

## IMPRISONMENT

x  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TEN (10) MONTHS.

*signature*
BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

The court recommends to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ by 12:00 noon on or to this court by 2:00 p.m.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __4__

**DEFENDANT:** JOSE MANUEL ARMENTA-LEYVA
**CASE NUMBER:** 08CR0535-BTM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS.

### MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons unless removed from the United States.

The defendant shall not commit another federal, state or local crime.
The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, but not more than _2 times_ per month, unless defendant is removed from the United States.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

JUDGMENT PAGE: __4__ TO __4__

DEFENDANT: JOSE MANUEL ARMENTA-LEYVA
CASE NUMBER: 08CR0535-BTM

# SPECIAL CONDITIONS OF SUPERVISION

__X__ Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

__X__ Not possess firearms, explosive devices, or other dangerous weapons.

__X__ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

__X__ If deported, excluded, or allowed to voluntarily leave the United States, obey all laws federal, state and local and not reenter the United States illegally and report to the probation officer within 72 hours of any reentry to the United States; the other conditions of supervision are suspended while the defendant is out of the United States after deportation, exclusion, or voluntary departure.

_____ Participate in a program of drug and alcohol abuse treatment including testing and counseling, with at least 1 to 8 tests per month and 1 to 8 counseling sessions per month as directed by the probation officer.

__X__ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

__X__ Not enter the United States illegally.

__X__ Cooperate as directed in the collection of a DNA sample.

_____ Provide complete disclosure of all personal and business financial records to the probation officer when requested.

_____ Resolve all outstanding warrants within sixty (60) days of release from custody.

_____ Remain in your place of residence for a period of _____ days, except while working at verifiable employment, attending religious services or undergoing medical treatment

_____ Successfully complete a residential drug program.

_____ Complete _____ hours of community service in a program approved by the Probation Officer within _____ months.

_____ Reside in a Residential Reentry Center for a period of _____ days commencing upon release.

_____ Participate in a program of mental health treatment as directed by the probation officer. The Court authorizes the release of the pre-sentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant shall consent to the release of evaluations and treatment information to the probation officer and the Court by the mental health provider.

_____ Not aid, assist, harbor or transport undocumented aliens.

_____ Not associate with known alien smugglers.

_____ Not associate with known drug traffickers or users.

_____ Not enter Mexico without the written permission of the probation officer.

_____ Maintain full-time employment or education or a combination of both.

_____ Obtain G.E.D. by

_____ If the defendant has complied with all conditions of Supervised Release for _____, Supervised Release may be terminated on application to the Court and good cause shown.

```
MIME-Version:1.0
From:efile_information@casd.uscourts.gov
To:casd.uscourts.gov
Bcc:Efile.dkt.gc2@usdoj.gov, sara_peloquin@fd.org,
diana_sarmiento@fd.org, efile_Moskowitz@casd.uscourts.gov,
efile_Brooks@casd.uscourts.gov, efile_uspo@casp.uscourts.gov
Message-Id:<2589273@casd.uscourts.gov>
Subject:Activity in Case 3:08-cr-00535-BTM USA v. Armenta-Leyva
Change of Plea Hearing
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 5/9/2008 at 4:48 PM PDT and filed on 5/9/2008

**Case Name:** USA v. Armenta-Leyva
**Case Number:** 3:08-cr-535
**Filer:**
**Document Number:** 12(No document attached)

**Docket Text:**
**Minute Entry for proceedings held before Judge Barry Ted Moskowitz:Change of Plea Hearing as to Jose Manuel Armenta-Leyva held on 5/9/2008. Plea entered by Jose Manuel Armenta-Leyva (1) Guilty Count 1Jose Manuel Armenta-Leyva (1) Count 1. Deft waives preparation of presentence report. Sentencing held on 5/9/2008 for Jose Manuel Armenta-Leyva (1), Count(s) 1: Custody of BOP for a term of 10 Months. Supervised release 3 years. Assessment waived/remitted. No fine. (Court Reporter Melinda Setterman).(Plaintiff Attorney AUSA, Carlos Arguello).(Defendant Attorney Sara Peloquin, FD). (tml)**

**3:08-cr-535-1 Notice has been electronically mailed to:**

U S Attorney CR Efile.dkt.gc2@usdoj.gov

Sara Marie Peloquin sara_peloquin@fd.org, diana_sarmiento@fd.org

**3:08-cr-535-1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:efile_information@casd.uscourts.gov
To:casd.uscourts.gov
Bcc:cassd_ecf@fd.org, Efile.dkt.gc2@usdoj.gov,
efile_Brooks@casd.uscourts.gov, efile_Major@casd.uscourts.gov
Message-Id:<2403506@casd.uscourts.gov>
Subject:Activity in Case 3:08-mj-00293-RBB USA v. Armenta-Leyva
Initial Appearance
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 2/5/2008 at 2:11 PM PST and filed on 2/4/2008

**Case Name:** USA v. Armenta-Leyva
**Case Number:** 3:08-mj-293
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
Minute Entry for proceedings held before Judge Ruben B. Brooks: Initial Appearance on complaint as to Defendant Jose Manuel Armenta-Leyva (1) held on 2/4/2008. Federal Defenders appointed for Jose Manuel Armenta-Leyva (1). Case reassigned to Judge Ruben B. Brooks; Judge Barbara Lynn Major no longer assigned to case. New case number 08mj0293-RBB. Bond set as to Jose Manuel Armenta-Leyva (1) $25,000 C/CS. Preliminary Hearing set for 2/19/2008 09:00 AM in Courtroom B before Magistrate Judge Ruben B. Brooks. (Tape #RBB08-1: 10:51-11:42).(Plaintiff Attorney Carlos Cantu, AUSA).(Defendant Attorney David Peterson, FD-S/A). (jjh)

**3:08-mj-293-1 Notice has been electronically mailed to:**
Federal Defenders cassd_ecf@fd.org
U S Attorney CR Efile.dkt.gc2@usdoj.gov

**3:08-mj-293-1 Notice has been delivered by other means to:**

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals  **Date:** 05/23/08
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title: USA v. Armenta-Leyva

U.S.D.C. No.: 08cr535 BTM         U.S.D.C. Judge: Barry Ted Moskowitz

Complaint/Indictment/Petition Filed: Complaint

Appealed Order Entered: 05/13/08

Notice of Appeal Filed: 05/22/08

Court Reporter: Melinda Setterman

COA Status: [ ] Granted in full/part (appeal only)   [ ] Denied (send clerk's file)

## Docket Fee Notification

Docket Fee: [ ] Paid   [ ] Not Paid   [x] No Fee Required
USA/GOVT. APPEAL: [ ] Yes   [x] No

Date F/P granted (Show Date and Attach Copy of Order): _____

Was F/P Status Revoked? [ ] Yes   [ ] No

Companion Case(s): (Please list consolidated cases, if applicable) _____

## Counsel Information

**Appellant Counsel:**

Sara Marie Peloquin
Federal Defenders of San Diego

225 Broadway
Suite 900
San Diego, CA 92101

(619)234-8467

**Appellee Counsel:**

US Attorney
US Attorneys Office Southern District of CA

880 Front Street
Room 6293
San Diego, CA 92101

(619)557-5610

Counsel Status: [ ] Retained   [x] Appointed   [ ] Pro Se
Appointed by: Magistrate Judge Ruben B. Brooks
(Attach copy of order/minutes)

## Defendant Information
Prisoner ID Number: 82431198

Bail: _____
Custody:   x  _____

## SERVICE LIST

Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:

| | |
|---|---|
| x | Transmittal of U.S.C.A. (Appellant and Appellee) |
| x | Case Information/Docketing Fee Notification Form. (Appellant Only) |
| x | Notice of Appeal. (Appellant, Appellee, U.S. District Judge, USPO, and Court Reporter) |
| x | Docket Entries (Appellant and Appellee) |
| x | Designation of Reporter's Transcript and Ordering Form. (Appellant Only, mailed separately) |
| x | Order for Time Schedule. (Criminal Only) (Appellant, Appellee, and Court Reporter) |
| | Magistrate Judge's Report and Recommendation |
| | COA Order |
| | F/P Order |
| | Minute Order |
| x | Other: Judgment entered 5/22/08, NEF- Sentencing Minutes entered 5/9/08, NEF- Minutes Appt. Counsel entered 2/5/08 |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

M. Zvers                                          M. Zvers
_____                           _____
Deputy's Name                                     Deputy's Signature

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To:  Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re:  USCA No:
USDC No:   08cr535 BTM
USA v. Armenta-Leyva

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | |
|---|---|---|---|
| x | Copy of the Notice of Appeal | x | Docket Entries |
| x | Case Information/Docket Fee Payment Notification Form | | |
| x | Order for Time Schedule (Criminal) | | |
| | Original Clerk's Record in ___ set(s) of ___ volume(s). | | |
| | Reporter's transcript's transcripts in ___ set(s) of ___ volume(s). | | |
| | Exhibits in ___ envelope(s) ___ box(es) ___ folders(s) | | |
| x | Judgement Order | | F/P Order |
| | CJA Form 20 | | Minute Order |
| | Certificate of Record | | Mandate Return |
| | Magistrate Judge's Report and Recommendation | | |
| | COA Order | | |
| | Amended docket fee notification form | | |
| | Order Appointing Counsel for Appeal | | |
| x | NEF-Sentencing Minutes entered 5/9/08, NEF-Minutes Appt. Counsel 2/5/08 | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 05/23/08                By: _____ M. Zvers
Marisa Zvers, **Deputy**