**FILED**

SEP 03 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOSE MANUEL ARMENTA-LEYVA,<br><br>Defendant - Appellant. | No. 08-50251<br><br>D.C. No. 3:08-cr-00535-BTM<br>Southern District of California,<br>San Diego<br><br>ORDER |

**FILED**

SEP 0 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall act as and for the mandate of this court.

For The Court:

Molly Dwyer
Clerk of Court

By: David J. Vignol
Deputy Clerk

DV/MOATT Direct Criminal